### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARREN NAGLE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-2028** |
| | : | |
| **DIRECTOR UR M. JADDOU, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, DIRECTOR DAVID ROARK** | : : : : : | |

# ORDER

**AND NOW**, this 30th day of September 2024, upon studying Defendants' Motion to dismiss (ECF 12) the amended Complaint, Plaintiff's Opposition (ECF 15), Defendants' Reply (ECF 16), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF 12) is **GRANTED** requiring we:

1. **DISMISS** Plaintiff's amended Complaint (ECF 11) without prejudice to timely refiling upon entry of a final agency action; and,

2. **DIRECT** the Clerk of Court shall **close** this case.

**KEARNEY, J.**